ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com

Attorneys for Defendant
CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DALEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC.,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02693-JCM-CWH<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Defendant CVS PHARMACY, INC. ("Defendant") by and through their attorneys of record, hereby moves to substitute Roger L. Grandgenett II, Esq. in and for Ethan D. Thomas, Esq. currently listed as a Littler Mendelson attorney representing Defendant. Ethan D. Thomas, Esq. is no longer with this firm and is not participating in this litigation. Roger L. Grandgenett II's current mailing address and email address are:

> Roger L. Grandgenett II, Esq.
> Littler Mendelson
> 3960 Howard Hughes Parkway
> Suite 300
> Las Vegas, NV 89169
> rgrandgenett@littler.com

. . .
. . .
. . .

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Defendant continues to be represented in this action by the law firm of Littler Mendelson, P.C. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Plaintiff. Based on the foregoing, Defendant respectfully requests that Roger L. Grandgenett II, Esq. be substituted as counsel and that Ethan D. Thomas, Esq. be allowed to withdraw as counsel in this matter.

Dated: September 11, 2018

Respectfully submitted,

_____
ROGER L. GRANDGENETT, ESQ.
LITTLER MENDELSON

Attorney for Defendant

IT IS SO ORDERED.

DATED: September 13, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On September 11, 2018, I served the within document(s):

**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM**

☒ By United States Mail – a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

Richard Daley, *pro se*
3273 East Flamingo Road #208
Las Vegas, Nevada 89121

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and corect. Executed on September 11, 2018, at Las Vegas, Nevada.

_____
Robyn Craig

Firmwide:156988963.1 090142.1087

3.